# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| GLORIA N., | Case No. 26-CV-304 (NEB/ECW) |
| Petitioner, | |
| v. | ORDER |
| PAMELA BONDI, in their official capacity as Attorney General of the United States; KRISTI NOEM, in her capacity as Secretary of the United States Department of Homeland Security; TODD M. LYONS, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement; and DAVID EASTERWOOD, in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement, | |
| Respondents. | |

IT IS HEREBY ORDERED THAT:

Respondents are TEMPORARILY RESTRAINED and ENJOINED from moving the Petitioner out of the District of Minnesota or deporting Petitioner until the Court has the opportunity to rule on the pending Petition. To the extent Respondents object to this requirement, they may file a motion and a written memorandum of law at any time, but they may not move the Petitioner out of the

District or deport Petitioner while that motion is pending.

Dated: January 15, 2026                              BY THE COURT:

                                                     s/Nancy E. Brasel
                                                     Nancy E. Brasel
                                                     United States District Judge